United States District Court
Southern District of Texas
**ENTERED**
March 23, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

DEIANDRA DENISE WILLIAMS,                    §
INDIVIDUALLY AND AS Next Friend of T.B., a   §
Minor,                                        §
                                              §
                                              §   CIVIL ACTION NO. 4:25cv1640
*Plaintiff,*                                  §
                                              §
                                              §
V.                                            §
                                              §
                                              §
MONIQUE JUDYANN FERGUSON AND UNITED          §
STATES POSTAL SERVICE,                        §
                                              §
                                              §
*Defendants*                                  §

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 19, 2026 (Dkt. 27) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that the Settlement asserted in the Notice of Settlement (Dkt. 21) between Plaintiff, Deiandra Denise Williams, Individually and as Next Friend of T.B., a Minor, and Defendant, United States of America is **APPROVED**.

**SIGNED** at Houston, Texas this 23rd day of March, 2026.

_____

SIM LAKE

SENIOR UNITED STATES DISTRICT JUDGE